UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Tulio Danilo Solares,**<br><br>   **Petitioner,**<br><br>      v.<br><br>**Michael Mukasey** *et al.*,<br><br>   **Respondents.** | Civil Action No. 08-0829 (JDB) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that this case is **DISMISSED** for want of jurisdiction. This is a final appealable Order

                                                                                     s/
                                                                        JOHN D. BATES
                                                                   United States District Judge

Dated: May 27, 2008